474 A.2d 645

Commonwealth v. Sampson, Appellant.

Petition for Allowance of Appeal
Denied Aug. 16, 1984.

Submitted January 19, 1984. Ronald J. Sharper, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, HESTER and ROBERTS, JJ.

Order affirmed.